STATE OF NORTH CAROLINA v. JAMES DANIEL WALKER, JR.

No. 708SC379

(Filed 5 August 1970)

APPEAL by defendant from *Bowman, S.J.,* 25 February 1970 Special Session of WAYNE Superior Court.

The defendant was arrested on 20 June 1969 for operating a motor vehicle "on the premises of a public Drive-In Restaurant, to wit: corner of Ash and Slocumb Streets while under the influence of some intoxicating liquor."

The State presented evidence that the defendant had bumped another car while backing out of his parking space; that the defendant, was, at the time, under the influence of some intoxicating liquor and that the parking lot was one used by the public generally. The defendant offered evidence that he was not, at the time, under the influence. The jury returned a verdict of guilty. From the judgment imposed, defendant appealed.

*Attorney General Robert Morgan by Assistant Attorney General William W. Melvin and Staff Attorney T. Buie Costen, for the State.*

*Braswell, Strickland, Merritt and Rouse by David M. Rouse for defendant appellant.*

VAUGHN, J.

The defendant's sole assignment of error is to a portion of the judge's charge to the jury. We are of the opinion that the charge, when read in its entirety, correctly presented the law

State v. Walker

to the jury, and that the trial judge correctly applied the law to the facts of the case. We find no prejudicial error.

No Error.

CAMPBELL and PARKER, JJ., concur.